# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1722
Lower Tribunal No. 2021CT-004877-BA

_____

JAVARES TAWANN BLACK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
Robert E. Griffin, Judge.

August 6, 2024

PER CURIAM.

     AFFIRMED.

STARGEL, NARDELLA and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

Javares Tawann Black, Tampa, pro se.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED